# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 308 EAL 2020

                           Respondent          :

                                            :   Petition for Allowance of Appeal

                                            :   from the Order of the Superior Court

                        v.                               :

DERRICK EDWARDS,                     :

                             Petitioner        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 26th day of January, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

    (1)     Does the reasoning and rationale contained within this Honorable Court's recent decision (May 19, 2020) in *Commonwealth v.* [] *Johnson*, [231 A.3d 807 (Pa. 2020)], apply to a *Batson* violation, thereby precluding a retrial based upon double jeopardy principles?